# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### ALEXANDRIA DIVISION

| | | |
|---|---|---|
| SINGH SANT KIRPAL | ) | CIVIL ACTION NO. 1:20-CV-00871 |
| | ) | |
| VERSUS | ) | JUDGE DRELL |
| | ) | |
| WARDEN OF LASALLE CORRECTIONAL CENTER | ) | MAGISTRATE JUDGE PEREZ-MONTES |
| | ) | |

## ORDER

Upon consideration of the motion filed on behalf of Defendant/Respondent seeking an extension of time to respond to Plaintiff's Objections to the Report and Recommendation issued by the Magistrate Judge, and good cause having been shown,

**IT IS HEREBY ORDERED** that Respondent's Motion for Extension of Time to File Response to Plaintiff's Objections to the Magistrate Judge's Report and Recommendation (Doc. 3) is **GRANTED**, and Respondent be and is hereby **GRANTED** an extension of time of fourteen (14) days from the current deadline, up to and including August 26, 2020, in which to file a response to the Objections.

**THUS DONE AND SIGNED** in Chambers in Alexandria, Louisiana, this _13th_ day of August, 2020.

**HONORABLE DEE D DRELL**
**UNITED STATES DISTRICT JUDGE**