UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| SINGH SANT KIRPAL,<br>Petitioner | CIVIL DOCKET NO. 1:20-CV-00871-P |
| VERSUS | JUDGE DRELL |
| WARDEN,<br>Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 2) and after a *de novo* review of the record including the Objection filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Petitioner's request for an order enjoining Respondents from transferring him from LaSalle Correctional Center is DENIED.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 9th day of September, 2020.

DEE. D. DRELL
UNITED STATES DISTRICT JUDGE