## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## ALEXANDRIA DIVISION

| | | |
|---|---|---|
| SINGH SANT KIRPAL | ) | CIVIL ACTION NO.  1:20-CV-00871 |
| | ) | |
| VERSUS | ) | JUDGE DRELL |
| | ) | |
| WARDEN OF LASALLE CORRECTIONAL CENTER | ) | MAGISTRATE JUDGE PEREZ-MONTES |
| | ) | |

## JUDGMENT

Considering Respondents' Motion to Dismiss

**IT IS ORDERED, ADJUDGED, AND DECREED** that Respondents' Motion to Dismiss

is **GRANTED**, and the Petition for Habeas Corpus under 28 U.S.C. § 2241 is **DENIED** and

**DISMISSED AS MOOT.**

SIGNED on Thursday, October 8, 2020.

_____
**UNITED STATES MAGISTRATE JUDGE**